## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL BRIGGS, on behalf of himself and all others similarly situated,** | **CIVIL ACTION FILE NO.** |
| **Plaintiff,** | **1:22-CV-03640-SCJ** |
| **v.** | |
| **THE NORTH HIGHLAND COMPANY,** | |
| **Defendant.** | |

### AMENDED ORDER (changing final approval hearing date)

There having been a change in the Court's calendar, the Court hereby **AMENDS** its October 15, 2024 Order (Doc. No. [54]) to provide for a new final approval hearing date as follows.

A Final Approval Hearing shall be held on **March 26, 2025 at 4:00 p.m.** in the United States District Court for the Northern District of Georgia, Atlanta Division, Courtroom 1907, to determine, among other things, whether to grant Plaintiff's Motion for Attorney Fees, Litigation Costs, and Service Award and Plaintiff's Motion for Final Approval of Class Action Settlement.

As noted in paragraph 15 of the prior Order, notice of this change shall be posted on the Settlement Website maintained by the Settlement Administrator.

Except as amended herein, the remainder of the Court's October 15, 2024 order (Doc. No. [54]) remains unchanged.

**IT IS SO ORDERED** this ____15th____ day of November, 2024.

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

2