# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-03640-SCJ
## Briggs v. The North Highland Company
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 03/26/2025.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 4:05 P.M.      COURT REPORTER: Viola Zborowski
TIME IN COURT: 00:05                 DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Cole representing The North Highland Company<br>Jared Connors representing Michael Briggs |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [58]Motion for Settlement GRANTED |
| MINUTE TEXT: | Final approval hearing held in re: the parties' motion for settlement. Order to follow granting same. |
| HEARING STATUS: | Hearing Concluded |