IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BRIGGS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:22-cv-03640-SCJ ) |
| THE NORTH HIGHLAND COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S NOTICE OF JOINDER IN PLAINTIFF'S RESPONSE TO JOSHUA RUNDUS'S OBJECTION ON BEHALF OF HIS MINOR CHILD, S.R., TO CLASS ACTION SETTLEMENT

Defendant The North Highland Company, by and through its undersigned counsel, hereby submits this Notice of Joinder in Plaintiff's Response to Joshua Rundus's Objection on Behalf of His Minor Child, S.R., to Class Action Settlement (ECF No. 64) ("Plaintiff's Response").

Defendant agrees with and adopts the arguments and legal authority set forth in Plaintiff's Response. For the reasons articulated therein, the objection is untimely and fails to set forth any valid objections to the class action settlement while appearing to rely on authority that either does not exist at all or does not stand for the propositions advanced. Therefore, Defendant joins in Plaintiff's response and respectfully requests that the Court overrule the objection.

1

Respectfully submitted this 1st day of July, 2025.

/s/ *Spencer Persson*
Spencer Persson (admitted pro hac vice)
Davis Wright Tremaine LLP
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Email: spencerpersson@dwt.com

David A. Cole
Georgia Bar No. 142383
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30338
Telephone: (770) 818-0000
Email: dcole@fmglaw.com

*Attorneys for Defendant The North Highland Co.*

## CERTIFICATE OF SERVICE

I certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

In addition, I served a copy of the foregoing document via U.S. Mail, postage prepaid, on the following non-CM/ECF participants:

>Mr. Joshua Rundus and his minor child, S.R.
>3649 Berger Rd
>Lutz, FL 33548

Submitted this 1st day of July, 2025.

>*/s/ Spencer Persson*
>Spencer Persson (admitted pro hac vice)
>Davis Wright Tremaine LLP
>350 S. Grand Avenue, 27th Floor
>Los Angeles, California 90071
>Telephone: (213) 633-6800
>Email: spencerpersson@dwt.com

3